## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SELENA RANDOLPH,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NEWREZ LLC<br><br>and<br><br>PHH MORTGAGE CORPORATION F/K/A OCWEN LOAN SERVICING LLC,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:22-cv-00014-JD<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Selena Randolph, by and through her undersigned counsel, hereby gives notice that she dismisses this action without prejudice.

Dated: February 17, 2022

/s/Roger B. Phillips
Roger B. Phillips, Esquire (Bar No. 2018)
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301
Telephone: (603) 225-2767
Fax: (603) 226-3581
roger@phillipslawoffice.com

Respectfully submitted,
Selena Randolph
By her attorneys
Robert P. Cocco, Esquire
/s/Robert P. Cocco
1500 Walnut Street, Suite 900
Philadelphia. PA 19102
(215) 351-0200
bob.cocco@phillyconsumerlaw.com